# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50169
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
July 27, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jean Paol Leal-Camacho,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-1570-1

_____

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Jean Leal-Camacho appeals his conviction and sentence for illegal re-entry after removal in violation of 8 U.S.C. § 1326(a) and (b)(1). In his sole issue on appeal, Leal-Camacho contends that § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum based on facts that were neither alleged in the indictment nor found by

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50169

a jury beyond a reasonable doubt.

Leal-Camacho files an unopposed motion for summary disposition and a letter brief explaining that he has raised this issue only to preserve it for further review and correctly conceding that the issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Leal-Camacho's motion is GRANTED, and the judgment is AFFIRMED.